**Rodney MORTON, Petitioner— Appellant,**

v.

**Helen F. FAHEY, Chairwoman, Virginia Pardon & Parole Board; Gene Johnson, Director, Virginia Department of Corrections, Respondents— Appellees.**

No. 04–7249.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 22, 2004.

Rodney Morton, Appellant pro se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Rodney Morton appeals the district court's order denying relief under 28 U.S.C. § 1915A(b) (2000), on his complaint challenging matters concerning his parole file. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Morton v. Fahey,* No. CA–04–428–1 (E.D.Va. July 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*